Joy-Tarbell Lumber Company, appellant, v. James B. Hall, appellee. Gen. No. 31,043.

Assumpsit to recover commissions alleged retained by agent in excess of contract right. Judgment for defendant. Appeal from the Superior Court of Cook county; the Hon. William J. Lindsay, Judge, presiding. Heard in the third division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 17, 1926.

Bangs & Frankhauser, for appellant; Wendell McHenry, of counsel. Arthur E. Manheimer, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

Ben H. Harris, appellee, v. Piggly Wiggly Stores, Inc., appellant. Gen. No. 30,991.

Suit for damages for personal injuries from automobile. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed. Opinion filed November 29, 1926.

Willard M. McEwen and George C. Bliss, for appellant. Ryan & Rosenthal and Busby, Weber, Miller & Donovan, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

V. G. Trueblood & Company, appellee, v. Charles H. Wagner Company, appellant. Gen. No. 31,037.

Garnishment proceedings. · Judgment against garnishee. Appeal from the Municipal Court of Chicago; the Hon. Joseph H. Fitch, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Reversed and remanded. Opinion filed November 29, 1926.

Paul W. Herbert, for appellant. C. A. Samuels, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.

---

M. R. Hermann, appellee, v. General Linseed Oil Company, appellant. Gen. No. 31,088.

Suit for damages for employee's wrongful discharge. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Daniel P. Trude, Judge, presiding. Heard in the first division of this court for the first district at the March term, 1926. Affirmed upon remittitur of $390; otherwise reversed and remanded. Opinion filed November 29, 1926.

Gallagher, Shulman, Abrams & Henry, for appellant; Vincent G. Gallagher and Meyer Abrams, of counsel. Jacob G. Grossberg and Harry E. Kopald, for appellee.

Mr. Presiding Justice McSurely delivered the opinion of the court.